## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2011-0550. Forest Hills Local School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision. Board of Tax Appeals, No. 2010-A-2754.

## CASE ANNOUNCEMENTS

*April 11, 2011*

[Cite as *04/11/2011 Case Announcements*, 2011-Ohio-1712.]

## MISCELLANEOUS DISMISSALS